| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1:CR-92-303-02 |
| | | DOCKET NUMBER (Rec. Court) |
| | | 07 CRIM 808 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| BROOKS, Lawrence | Middle/PA | Harrisburg |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable William W. Caldwell | |
| | DATES OF SUPERVISED RELEASE | FROM 5/2/07 | TO 5/1/12 |

OFFENSE

Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base, 21 USC § 846 and 841(a)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __MIDDLE__ DISTRICT OF __PENNSYLVANIA__

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Southern District of New York__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_7/30/07_          _William W Caldwell_
Date                   United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF __NEW YORK__

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

AUG 2 8 2007              _[signature]_
Effective Date             United States District Judge

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK