REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | James Molinelli<br>Clerk's Office | OFFENSE: Conspiracy to Distribute Cocaine.<br>[21:846] |
| | | ORIGINAL SENTENCE: Two Hundred Ninety Two (292) months imprisonment to be followed by five (5) years Supervised Release. |
| FROM: | Brian McNulty<br>U.S. Probation Officer | SPEC. CONDITIONS: $50.00 Special Assessment. The defendant shall participate in a program of substance abuse treatment as directed by the Probation Officer. |
| RE: | **BROOKS, Lawrence.**<br>**Docket No.: 1:CR-92-303-02** | |

DATE OF SENTENCE: September 29, 1993    07 CRIM 808

DATE:    August 20, 2007

ATTACHMENTS:    PSI X    JUDGMENT X
REQUEST FOR:    COURT DIRECTION   X

---

### *Request for Acceptance of Jurisdiction*

This offender was sentenced in the Middle District of Pennsylvania on September 29, 1993. 3, as outlined above. He was released from custody on May 2, 2007 to commence his supervised release term. On July 30, 2007, the Middle District of Pennsylvania initiated a transfer of jurisdiction with their Court, based on his permanent residence in this district.

Enclosed please find Probation Form(s) 22 signed on July 30, 2007 by the Honorable William W. Caldwell, U.S. District Judge for the Middle District of Pennsylvania, ordering that their Court records be transferred to the Southern District of New York, upon this Court's acceptance of jurisdiction.



**BROOKS, Lawrence**  P49306-BMM
**Docket No.: 1:CR-92-303-02**
**Page 2**

We respectfully request that the Court consider accepting the transfer of jurisdiction in this matter. If the Court is in agreement with this recommendation, we ask that both of the attached form(s), Probation 22, be endorsed and returned to our office.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
   Brian M. McNulty
   U.S. Probation Officer
   212-805-5055

   /dg

Approved By: _____
   Avriel G. George            Date
   Supervising U.S. Probation Officer

   /dg
Enclosures